**Peter Roh**

| | |
|---|---|
| **Subject:** | FW: Noble context 6 |
| **Attachments:** | ATT00001.htm; Promissory Note.pdf |

**From:** George Noble <gn@noble-cap.com>
**Date:** Wednesday, August 26, 2020 at 12:45 PM
**To:** Marc Rothfeldt <mr@fidesholding.com>
**Subject:** <no subject>

Marc,

I have attached the promissory note.

As discussed the other day I will apply a stop loss strategy so

as to limit any loss to 30% of principal, thereby protecting 70% of

your capital. I expect to initially proceed cautiously until we have

achieved a decent level of profits.

Wire instructions are as follows:

TD Bank ABA # ▓▓▓▓▓▓▓▓
George Noble account# ▓▓▓▓▓▓▓

Please let me know when you have instructed the wire so that I may

give the bank a heads up.

I am honored by your confidence and me and will do all I can

to generate superior investment returns.

1

Best Regards,


George