

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

July 12, 2021

**VIA CM/ECF**
Hon. Philip M. Halpern
U.S. District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St. Room 530
White Plains, NY 10601-4150

      **RE:**   *Fraud Recovery Fund LLC v. George L. Noble*
            **Case 7:21-cv-01034**
            **Letter Requesting Adjournment of Conference**

Dear Judge Halpern,

We represent the Plaintiff, Fraud Recovery Fund, LLC ("Plaintiff") in the above referenced matter. We write with consent from opposing counsel, to request an adjournment of the upcoming conference.

The parties attended mediation on July 2, 2021 and are currently engaging in settlement discussions. Further, the parties are scheduling another mediation session in August.

Therefore, we respectfully request that the conference scheduled for July 14, 2021, be adjourned to a later date.

We thank the Court for its continued attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned.

                                                       Respectfully,

                                                         */s/ Danielle P. Light*

cc:    **VIA CM/ECF**
       Daniel Alter Attorney at Law
       Daniel L. Alter, Esq.
       *Counsel for defendant George L. Noble*
       (914) 393-2388
       dsa315@mac.com