

July 12, 2021

**VIA CM/ECF**
Hon. Philip M. Halpern
U.S. District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St. Room 530
White Plains, NY 10601-4150

> Danielle P. Light, Esq.
>
> Application denied. The conference scheduled for tomorrow will proceed as scheduled. The parties may continue to engage in settlement discussions as they proceed through discovery.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 16.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 13, 2021

    RE:    *Fraud Recovery Fund LLC v. Ge[orge L. Noble]*
            Case 7:21-cv-01034
            Letter Requesting Adjournment of Conference

Dear Judge Halpern,

We represent the Plaintiff, Fraud Recovery Fund, LLC ("Plaintiff") in the above referenced matter. We write with consent from opposing counsel, to request an adjournment of the upcoming conference.

The parties attended mediation on July 2, 2021 and are currently engaging in settlement discussions. Further, the parties are scheduling another mediation session in August.

Therefore, we respectfully request that the conference scheduled for July 14, 2021, be adjourned to a later date.

We thank the Court for its continued attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned.

                                              Respectfully,

                                              */s/ Danielle P. Light*

cc:    **VIA CM/ECF**
       Daniel Alter Attorney at Law
       Daniel L. Alter, Esq.
       *Counsel for defendant George L. Noble*
       (914) 393-2388
       dsa315@mac.com