

August 6, 2021

**VIA CM/ECF**
Hon. Philip M. Halpern
U.S. District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St. Room 530
White Plains, NY 10601-4150

> Application granted. The deadlines for serving initial requests for production of documents and interrogatories reflected in the Civil Case Discovery Plan and Scheduling Order entered on July 14, 2021 (Doc. 18, Nos. 5(b) and 5(c)) are extended by two weeks only, from August 17, 2021 to August 31, 2021. All other discovery deadlines remain unchanged.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 19.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 9, 2021

      **RE:** *Fraud Recovery Fund LLC v. G[eorge Noble]*
            Case 7:21-cv-01034
            Letter Requesting Adjournment of Conference

Dear Judge Halpern,

We represent the Plaintiff, Fraud Recovery Fund, LLC ("Plaintiff") in the above referenced matter. We write with consent from opposing counsel, to request an extension to exchange discovery.

In the Civil Case Discovery Plan and Scheduling Order dated July 14, 2021, your honor ordered the parties to exchange initial requests for production of documents, interrogatories, and Fed. R. Civ. P. 26(a)(1) initial disclosures by August 17, 2021.

The parties are currently in mediation with one session held on July 2, 2021. Further, the parties are scheduled to meet on August 16, 2021, to review Defendant, George Noble's financial documents. A follow up mediation session is scheduled for August 23, 2021, as well.

In light of all this, the mediator suggested that the parties get an extension on discovery to focus on possible settlement.

Therefore, we respectfully request that the August 17, 2021 deadline to exchange discovery be extended.

We thank the Court for its continued attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned.

                                                        Respectfully,

                                                          */s/ Danielle P. Light*

cc:    **VIA CM/ECF**
        Daniel Alter Attorney at Law
        Daniel L. Alter, Esq.

*Counsel for defendant George L. Noble*
(914) 393-2388
dsa315@mac.com