UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRAUD RECOVERY FUND, LLC,

                    Plaintiff,

    v.

GEORGE L. NOBLE,

                    Defendant.
------------------------------------------------------------------X

Case No. 21-cv-01034-~~PBH~~ PMH

## ~~PROPOSED~~ JUDGMENT

**UPON THE COMPLAINT** duly filed in this action on February 4, 2021, and all papers filed in and proceedings had thereon, and upon reading the Defendant's Notice of Plaintiff's Acceptance of Offer in Judgment Pursuant to Federal Rules of Civil Procedure, Rule 68 dated January 28, 2022, together with Exhibit "A" and Certification of Service attached thereto, from which it appears that the named Plaintiff herein, Fraud Recovery Fund, LLC ("Plaintiff") and the named defendant herein, George Noble ("Defendant"), have agreed to the entry of a judgment in this action in favor of the Plaintiff and against the Defendant, as further set forth below;

**NOW**, upon proof of due notice of the Defendant's Notice of Plaintiff's Acceptance of Offer in Judgment Pursuant to Federal Rules of Civil Procedure, Rule 68 upon all parties who have not waived same, and in accordance with the provisions of Federal Rules of Civil Procedure, Rule 68,

**IT IS ORDERED** that an entry of judgment is issued in favor of Plaintiff and against the Defendant in the amount of $350,000, plus 2% annual interest on the $500,000 under the terms of the promissory note between the Defendant and the Plaintiff's predecessor in interest, Tragara Holding, LLC.

**Dated: January 28, 2022**
      **White Plains, New York**

SO ORDERED:

_____
Honorable Philip M. Halpern
United States District Court
Southern District of New York